IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY,<br><br>    Plaintiff,<br><br>    vs.<br><br>R. INDERMILL, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-04-5511 REC DLB P<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT AND DENYING PLAINTIFF'S MOTION FOR DISCOVERY AND POSTPONEMENT OF CONSIDERATION OF MOTION TO DISMISS AS MOOT<br><br>[Docs. 29, 30, 36] |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff filed this action on March 31, 2004. Service was ordered and on December 14, 2004, defendants filed a motion to dismiss the complaint for failure to exhaust administrative remedies. On December 23, 2004, plaintiff filed a motion to postpone consideration of defendants' motion to dismiss and a motion to conduct discovery. On January 18, 2005, plaintiff filed a motion for leave to file an amended complaint, which defendants initially opposed. *See* Document No. 41 filed February 3, 2005. Plaintiff lodged a proposed amended complaint on February 18, 2005. On April 12, 2005, defendants filed a notice of withdrawal of their motion to dismiss filed December 14, 2004 and a request that the Court screen the amended complaint. Defendants also filed a motion to dismiss the

1

amended complaint.

Based on the foregoing, it appears that defendants do not oppose the filing of the amended complaint. Accordingly, plaintiff's motion to amend the complaint is GRANTED. The Clerk is DIRECTED to file the amended complaint lodged February 18, 2005. Plaintiff's motions to postpone consideration of the first motion to dismiss and motion for discovery are DENIED as MOOT. The Court will proceed to rule on defendants' motion to dismiss filed on April 12, 2005.

IT IS SO ORDERED.

**Dated:   April 14, 2005**                             **/s/ Dennis L. Beck**
3b142a                                                      UNITED STATES MAGISTRATE JUDGE