UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILES BONTY, | ) | 1:04-CV-05511-REC-DLB-PC |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #51) |
| R. INDERMILL, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2005, plaintiff filed a motion to extend time to file an opposition to defendants' motion to dismiss  Inasmuch as plaintiff filed the opposition on May 12, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file an opposition to defendants' motion to dismiss is GRANTED nunc pro tunc to May 4, 2005.

IT IS SO ORDERED.

**Dated:   May 19, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE