UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILES BONTY, | ) | 1:04-CV-5511 REC DLB P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #57) |
| INDERMILL, et.al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 14, 2005, plaintiff filed a motion to extend time until the Court rules on his motion to appoint counsel. The Court construes the motion for an extension of time to file objections to the recommendation filed October 28, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the Court's findings and recommendations issued October 28, 2005.

IT IS SO ORDERED.

**Dated:   December 15, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                                       UNITED STATES MAGISTRATE JUDGE