UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY, | 1:04-cv-05511-REC-DLB-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 55) |
| vs. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** (Doc. 48) |
| R. INDERMILL, et al., | |
|     Defendants. | |

Plaintiff, Miles Bonty ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 28, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within twenty (20) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed October 28, 2005, are ADOPTED IN FULL; and,

2. Defendants' motion to dismiss, filed April 11, 2005, is GRANTED as to defendant Scriber, and DENIED as to the remaining defendants.

IT IS SO ORDERED.

**Dated:  January 27, 2006**            /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE