IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY, | CASE NO. CV-F-04-5511 LJO DLB P |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |
| vs. | |
| R. INDERMILL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On August 30, 2006, plaintiff filed a motion to compel discovery to which defendants have not filed an opposition. Defendants are HEREBY ORDERED to file any opposition to plaintiff's motion to compel on or before **March 20, 2007.** Failure to file an opposition will result in the Court ruling on plaintiff's motion assuming no opposition.

IT IS SO ORDERED.

Dated:  **March 7, 2007**          **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

1