# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY, | CASE NO. CV-F-04-5511 LJO DLB P |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION FOR CLARIFICATION [Doc. 64] |
| vs. | |
| R. INDERMILL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 21, 2006, plaintiff filed a motion seeking clarification as to whether the Court had opened discovery in this case. Plaintiff is advised that the Court's March 31, 2006 Scheduling Order opened discovery and further set the discovery cut off as November 22, 2006.

IT IS SO ORDERED.

Dated: **March 9, 2007**            /s/ **Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE

1