IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY,<br><br>           Plaintiff,<br><br>      vs.<br><br>R. INDERMILL, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV-F-04-5511 LJO DLB P<br><br>ORDER REQUIRING DEFENDANTS<br>TO RESPOND TO PLAINTIFF'S MOTION<br>TO AMEND THE COMPLAINT |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On August 9, 2007, plaintiff filed a motion to amend the complaint to which defendants have not filed an opposition. Defendants are HEREBY ORDERED to file any opposition to plaintiff's motion to amend within 30 days of this Order. Failure to file an opposition will result in the Court ruling on plaintiff's motion assuming no opposition.

IT IS SO ORDERED.

Dated:   **October 4, 2007**              **/s/ Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE

1