IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY,<br><br>        Plaintiff,<br><br>    vs.<br><br>R. INDERMILL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1-04-cv-5511 DLB P<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR LEAVE TO TRANSFER<br><br>(Doc. 76) |

   Plaintiff Miles Bonty ("plaintiff) is a state prisoner proceeding pro se in this civil rights action. On June 11, 2007, plaintiff filed a motion entitled "Motion Requesting Leave to Transfer". (Doc. 76). Plaintiff states that he is pending transfer to another state prison, and moves the court for "leave to be transferred until the Court Clerk receive [sic] Plaintiffs [sic] Notice of Change of Address".

   The court received plaintiff's notice of change of address on July 2, 2007, and a further notice of change of address on February 1, 2008. (Docs. 77, 94).  It is unclear what relief plaintiff seeks.  To the extent that plaintiff is requesting that his transfer be postponed until the court receives his notice of change of address, plaintiff's request is now moot.

///

///

1

1 | Accordingly, plaintiff's motion, filed June 11, 2007, is HEREBY DISREGARDED.
2 | IT IS SO ORDERED.
3 | Dated: **June 6, 2008**            /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE