UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES BONTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. INDERMILL, et al.,<br><br>　　　　　Defendants. | CASE NO.: 1:04-cv-5511 DLB P<br><br>ORDER RE PLAINTIFF'S MOTION FOR TRANSCRIPT AT GOVERNMENT EXPENSE<br><br>(Docs. 100, 101) |

　　　　Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.    On March 20 and March 28, 2008, plaintiff filed motions entitled "Motion for transcript at government expense".  (Docs. 100, 101).  Plaintiff requests a transcript designation order form "from the denial of plaintiff's motion for appointment of counsel dated February 12, 2008."

　　　　On February 12, 2008, the court issued an order denying plaintiff's motion for appointment of counsel, which was submitted upon the record without oral argument.  Local Rule 78-230(m). Consequently, there are no court proceedings relating to plaintiff's motion for which to order transcripts.

///

///

1  Based on the foregoing, plaintiff's motions, filed March 20, 2008 and March 28, 2008, are
2 HEREBY DENIED.
3  IT IS SO ORDERED.
4  **Dated:   June 9, 2008**            /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE