IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MILES O. BONTY,** | 1:04-cv-5511 DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. INDERMILL, et al.,** | |
| Defendants. | |

The Court, having considered Defendant's motion to reset the date for trial, trial confirmation and all pretrial pleadings, and good cause having been found:

**IT IS HEREBY ORDERED**:  the previously scheduled trial confirmation hearing, trial, and pretrial briefing schedule are vacated.   A further scheduling order will be issued at a later time.

IT IS SO ORDERED.

   Dated:   **August 1, 2008**            /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

1