IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY, | 1:04-cv-05511 DLB (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| R. INDERMILL, et al., | (DOCUMENT #120) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On August 5, 2008, Plaintiff filed a motion for extension of time, up to August 7, 2008, to file his pretrial statement. Inasmuch as plaintiff filed his pretrial statement on August 5, 2008 and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   **October 2, 2008**   _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE