# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY, | CASE NO. 1:04-cv-05511-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| R INDERMILL, et al., | |
| Defendants. | TEN (10) DAY DEADLINE |

Plaintiff Miles O. Bonty ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for telephonic trial confirmation hearing on October 31, 2008 and for jury trial on December 9, 2008. On October 9, 2008, defendants filed a motion for summary judgment. (Docs. 124-126).

The Discovery Order and Scheduling Order issued by the Court in March 2006 set the dispositive motion deadline for January 22, 2007. (Doc. 63). Defendants have not filed a request to modify the court's Discovery Order and Scheduling Order.

Accordingly, within ten (10) days of service of this order, defendants are HEREBY ORDERED to show cause why their motion for summary judgment, filed October 9, 2008, should not be stricken as untimely. Failure to respond to this order will result in an order striking the motion for summary judgment.

IT IS SO ORDERED.

Dated:    October 10, 2008            /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1