# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY, | CASE NO. 1:04-cv-05511-DLB PC |
| Plaintiff, | |
| v. | ORDER STRIKING MOTION FOR SUMMARY JUDGMENT AS UNTIMELY |
| R INDERMILL, et al., | (Doc. 124) |
| Defendants. / | |

Plaintiff Miles O. Bonty ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2008, defendants filed a motion for summary judgment. The Court ordered defendants to show cause why the motion for summary judgment should not be stricken, and on October 22, 2008, defendants filed their response. (Docs. 127, 128). A telephonic trial confirmation hearing was held in this matter on October 31, 2008, at which time plaintiff voiced his opposition to the filing of defendants' motion.

Having reviewed defendants' response and arguments raised, the Court does not find good cause to modify the Court's Scheduling Order. Defendants' motion is untimely and is HEREBY STRICKEN.

IT IS SO ORDERED.

Dated:   **November 4, 2008**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1