# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R INDERMILL, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05511-DLB PC<br><br>ORDER VACATING TRIAL DATE<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND FURTHER TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>**Settlement Conference: December 9, 2008 at 9:00 A.M. before Magistrate Judge Nandor J. Vadas**<br><br>**Telephonic Trial Confirmation Hearing: December 19, 2008 at 11:30 A.M. before Magistrate Judge Dennis L. Beck in Courtroom 9** |

Plaintiff Miles O. Bonty ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. During a telephonic trial confirmation hearing the parties indicated that settlement in this case is a possibility and requested a settlement conference before the Honorable Nandor J. Vadas, a United States Magistrate Judge with the Northern District of California.

Accordingly, the Court HEREBY ORDERS as follows:

1. The trial date of December 9, 2008 is HEREBY VACATED;

2. This matter is set for settlement conference on **December 9, 2008 at 9:00 a.m.** before United States Magistrate Judge Vadas at California State Prison - Solano, 2100 Peabody Road, Vacaville, California, 95696;

3. <u>Counsel for defendants who will try the case</u> shall appear in person <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference;

4. Each party shall submit <u>directly to Judge Vadas's chambers</u> a confidential settlement conference statement **no later than end of business on Friday November 28, 2008**.[1] This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>. The statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel is urged to request the return of the statement. If such request is not made, the Court will dispose of the statement;

5. The Confidential Settlement Conference Statement shall include the following:
   A. A brief statement of the facts of the case;
   B. The relief sought; and
   C. The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands;

6. Counsel for defendants shall include an estimate of the cost and time to be expended for further pretrial and trial matters; and

7. In the event that this case does not settle, this matter is set for a further telephonic trial confirmation hearing on December 19, 2008 at 11:30 A.M. before the Honorable Dennis L. Beck in Courtroom 9. Counsel for Defendants is required to arrange for the participation of plaintiff in the trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5670.

///
///
///

---

[1] Defendants and Plaintiff shall each <u>mail</u> their confidential settlement conference statements to: **Chambers of United States Magistrate Judge Vadas, 514 H. Street, P.O. Box 1306, Eureka, California 95502.**

1  The Court will vacate the settlement conference if the Court finds the settlement conference
2 will be neither productive nor meaningful to attempt to resolve all or part of this case.  As far in
3 advance of the settlement conference as possible, a party shall inform the Court and other parties that
4 it believes the case is not in a settlement posture so the Court may vacate or reset the settlement
5 conference.  Otherwise the parties shall proceed with the settlement conference in good faith to
6 attempt to resolve all or part of the case.
7   IT IS SO ORDERED.
8  **Dated:**   **November 4, 2008**            **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE