1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MILES O. BONTY,                          CASE NO. 1:04-cv-05511-DLB PC

10                      Plaintiff,

11        v.                                 ORDER OF DISMISSAL WITH PREJUDICE
                                             UPON STIPULATION OF THE PARTIES

12   R INDERMILL, et al.,
                                             (Doc. 134)
13                      Defendants.

14

15   _____/

16

17        The parties to this action have entered into a settlement and stipulated that this action

18   be dismissed. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action

19   shall be dismissed with prejudice as to all Defendants named in this action.

20

21        IT IS SO ORDERED.

22   **Dated:    December 12, 2008**          _____ /s/ **Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28