IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>    Plaintiff,<br><br>v<br><br>R. INDERMILL et al.,<br><br>    Defendants. | Case No C 4-5511 DLB PC<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 9, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Van Kamberian

☒ Other: California Department of Corrections and Rehabilitation, Jeff Hook

1  (2)  The following individuals, parties, and/or representatives did not appear:
2  (3)  The outcome of the proceeding was:
3       ☒ The case has been completely settled.
4       ☐ The case has been partially resolved and, on or before
5       _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7       ☐ The parties agree to an additional follow up settlement on
8  _____.
9       ☐ The parties are unable to reach an agreement at this time.

10 Date:  December 31, 2008
11                                         _____
                                           Nandor J Vadas
12                                         United States Magistrate Judge
                                           Northern District of California
13                                         Sitting by Designation

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BONTY                                                       No. C 04-5511

v.                                                          CERTIFICATE OF SERVICE

INDERMILL
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Miles O. Bonty**
D-12821
SALINAS VALLEY STATE PRISON (690)
P.O. BOX 690
SOLEDAD, CA 93960-0690

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

3